UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE BARTLETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIANCE ONE,<br><br>　　　　　Defendant. | CASE NO. CV 09-07150 RZ<br><br>ORDER DISMISSING ACTION |

The Court, having been informed that the parties have settled this matter, directs the clerk to dismiss the action under FED. R. CIV. P. 41(a)(1), subject to re-opening within 60 days upon application of the Plaintiff.

DATED: November 4, 2009

*Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE